Case of the MAYOR, ALDERMEN and COMMONALTY, of the
city of NEW-YORK, in the matter of enlarging and ex-
tending DOVER-STREET, in the city of NEW-YORK.

Where an
assessment, for
enlarging a
street in the
city of N. Y.
has been made
and deposited,
and notice
published, an
affidavit a-
gainst its con-
firmation, tho'
not laid before
the commis-
sioners, will be
received, if it
appears that
the time for
objecting had
expired, be-
fore the party
opposing was,
*in fact*, appri-
zed of the pro-
ceeding; and
the matter will
be referred
back to the
commissioners.

W. S. JOHNSON, moved, that the report of the commis-
sioners of estimate and assessment be confirmed.

*J. W. Brackett*, contra, read several affidavits, of persons
interested, in opposition to the report; shewing it to be ine-
quitable, and that, although a copy of the estimate and assess-
ment had been deposited and advertised, as required by the
182d section of the " *act to reduce several laws, relating par-*
*ticularly to the city of New-York, into one act*," (*sess.* 36, *ch.*
86, 2 *R. L.* 417,) yet they were never, in fact, apprized of
the proceeding, until the time within which that section re-
quired objections to be stated to the commissioners. That,
for this reason, the affidavits had not been laid before the
commissioners.

*Johnson*, referred to the case of *The Mayor, &c. in the*
*matter of enlarging and extending Harman-Street*, in 16
*John.* 231, as conclusive against receiving the affidavits, on
account of their not having been laid before the commis-
sioners.

*Brackett*, distinguished the present case from that of *Har-man-Street*. In that, there was no excuse offered, for not objecting before the commissioners.

*Curia.* We are authorized, by the 178th section of this act, (2 *R. L.* 413,) either to confirm the report, or refer the same to the commissioners, for revisal and correction. The affidavits present a case of *surprise*, upon these parties. They had no opportunity to object before the commissioners, for they knew nothing of their proceedings. Let the report be referred to the commissioners, who are to give an additional notice, such as is required by the 182d section, for ten days, during which the report is to lie open for inspection, objection, and re-consideration, as authorized by that section, upon the original publication of the notice.

Rule accordingly.